IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWAYNE J. NORTON,

    Plaintiff,

v.                                   CASE NO. 4:06cv40-RH/WCS

THOMS D. HALL,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 5), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "This action is DISMISSED." The clerk shall close the file.

    SO ORDERED this 10th day of April, 2006.

                                            s/Robert L. Hinkle
                                            Chief United States District Judge